UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS, <br><br> Plaintiff, <br> v. <br><br> MIKE JOHANNS, <br> SECRETARY OF AGRICULTURE, <br><br> Defendant. | Civil Action No.: 06-2507 (GK) |

## PRAECIPE

The Plaintiff requests that the Court enter for the record that the Plaintiff has not retained counsel and, therefore, will represent herself, *pro se*, in the above captioned case.

Respectfully submitted,

*Linda M. Lewis*

LINDA M. LEWIS (*pro se*)
8811 Colesville Road, #210
Silver Spring, MD 20910
(202) 210-8539

Dated: July 15, 2006

RECEIVED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Praecipe (05-1507 and 06-255) has been served upon the Defendant by certified mail, this *15th* day of July, 2006, at the following address:

> Megan L. Rose,
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. – Civil Division
> Washington, D.C. 20530
> (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (*pro se*)

8811 Colesville Road, #210
Silver Spring, MD 20910
(202) 210-8539
lewisplan@yahoo.com