UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br>    Defendant | Civil Action No. 06-255 (GK) |

### PLAINTIFF'S NOTICE OF ADDRESS CHANGE

Plaintiff Linda Lewis hereby provides notice of a change of address, from 8811 Colesville Drive, Apartment 210, Silver Spring, Maryland 20910, to 2400 Wynncrest Circle, Apartment 10105, Arlington, Texas 76006-7017.

Plaintiff's telephone number currently remains (202) 210-8539. Plaintiff also can be contacted by email at lewisplan@yahoo.com.

Dated: August 31, 2006

Respectfully submitted,

*Linda M. Lewis*
Linda M. Lewis (pro se)
2400 Wynncrest Circle, #10105
Arlington, Texas 76006-7017
(202) 210-8539

**RECEIVED**

SEP 1   2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Notice of Address Change has been served upon the Defendant by overnight mail, this __31st__ day of August, 2006, at the following address:

>   Megan L. Rose
>   Assistant United States Attorney
>   Judiciary Center Building
>   555 4th Street, N.W. – Civil Division
>   Washington, D.C. 20530
>   (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (pro se)
2400 Wynncrest Circle
Apartment 10105
Arlington, Texas 76006-7017
(202) 210-8539
lewisplan@yahoo.com