UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No.: 06-0255 (GK) |

**DEFENDANT'S NOTICE OF FILING OF OPPOSITION
TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**

Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through the undersigned counsel, respectfully submits this notice of filing of its opposition to Plaintiff's motion for leave to file a second amended and consolidated complaint, which is located on the Court's docket in Civil Action No. 05-1507 (GK).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar # 498610
United States Attorney

/s/
RUDOLPH C. CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar No. 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

     I certify that the foregoing **Notice** was served upon plaintiff by first-class mail, postage pre-paid and marked for delivery to:

> **Linda M. Lewis**
> **2400 Wynncrest Circle**
> **Apartment 10105**
> **Arlington, TX 76006-7017**

on this 15th day of November, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530