UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA LEWIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-255 (GK) |
| MIKE JOHANNS, | : |
| Defendant. | : |

## ORDER

Plaintiff has filed a long and complex Complaint covering a period of at least 15 years. She alleges many acts of discrimination which occurred during that lengthy period of time. Because of the complexity of the case, the fact that she lives in Texas, and the fact that the Government's Motion to Dismiss has been granted only in part, it is advisable for Plaintiff to obtain counsel if at all possible. She may be eligible for appointment of counsel from the Court's *pro bono* panel pursuant to LCvR 83.11.

WHEREFORE, it is this 26th day of July, 2008, hereby

ORDERED, that Plaintiff submit, *in camera*, by August 30, 2008, a completed Financial Form so that the Court can assess whether it is appropriate to appoint her counsel from the *pro bono* panel. The Financial Form is attached hereto.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge